## PLANES v. STATE.
### No. 20122.

Court of Criminal Appeals of Texas.
Jan. 25, 1939.

No attorney for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

Court of Criminal Appeals of Texas.
Jan. 25, 1939.

J. E. Clauson, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of an attempt to rob, and his punishment assessed at two years' confinement in the penitentiary.

The record is before us without a statement of facts or bills of exception. No defect in the indictment or procedure has been pointed out or perceived. Consequently no question is presented for review.

The judgment is affirmed.